COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-332-
CV

IN RE CHARLES W. BISHOP II RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's request for mandamus 
and is of the opinion that relief should be denied as moot.  Accordingly, relator's request for mandamus is denied.

PER CURIAM

PANEL B
: HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: October 27, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.